**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL MORALES-REYES,<br><br>   Plaintiff<br><br>v.<br><br>JUSTIN THOMAS, et al.,<br><br>   Defendants | Case No.: 2:26-cv-01579-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Sunny Rinil's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Rinil's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER defendant Sunny Rinil to file a proper certificate of interested parties by July 1, 2026.

DATED this 17th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE