**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL MORALES-REYES, | Case No.: 2:26-cv-01579-APG-MDC |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| JUSTIN THOMAS, et al., | |
| Defendants | |

I ORDER that plaintiff Miguel Morales-Reyes's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Morales-Reyes's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER plaintiff Miguel Morales-Reyes to file a proper certificate of interested parties by July 6, 2026.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE