WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Sheri M. Thome, Esq.
Nevada Bar No. 8657
E-mail: Sheri.Thome@wilsonelser.com
Kevin A. Brown
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Estes Express Lines, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Miguel Morales-Reyes, an individual;

Plaintiff,

vs.

Justin Thomas, an individual; Sunny Rinil, an individual; Safe Speed Express Logistics, Inc., a foreign corporation; Estes Express Lines, a foreign corporation; Does I through XX, inclusive; Roe Corporations I through X, inclusive,

Defendants.

Case No.: 2:26-cv-1579

**Estes Express Lines, Inc.'s Motion to Remove from Service List**

Estes Express Lines, Inc. requests to remove attorney Michael P. Lowry and Kimberly A. Nelson from the CM/ECF electronic service list. Sheri Thome and Kevin Brown have replaced them as counsel for Estes Express Lines, Inc.

DATED this 16th day of September 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Sheri Thome*

Sheri M. Thome
Nevada Bar No. 8657
Kevin A. Brown
Nevada Bar No. 7621
Attorneys for Estes Express Lines, Inc.

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 24, 2026.