**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL MORALES-REYES,<br>Plaintiff<br>v.<br>JUSTIN THOMAS, et al.,<br>Defendants | Case No.: 2:26-cv-01579-APG-MDC<br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Justin Thomas's certificate of interested parties (ECF No. 33) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Thomas's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER defendant Justin Thomas to file a proper certificate of interested parties by November 30, 2026.

DATED this 12th day of November, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE